JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOEL JACKSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Warden,<br>California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No. CV 97-3531-MWF<br><br>**DEATH PENALTY CASE**<br><br>**JUDGMENT** |

　　　Pursuant to the Court's February 9, 2022 Order Granting Relief on *Batson* Claim (Claim K) of the Second Amended Petition for Writ of Habeas Corpus,

　　　IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Second Amended Petition is CONDITIONALLY GRANTED and that the judgment of conviction and sentence for life without possibility for parole for the murder of Sonja Niles in the matter of *People v. Jackson*, Case No. CR-23480, in the Superior Court of the State of California for the County of Riverside, be VACATED.  Because there is no reason for delay, the Court directs entry of a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

///

///

1  IT IS FURTHER ORDERED that, within 120 days of the date of this Judgment, the State of California shall either release Petitioner or grant him a new trial in accordance with applicable California law and the United States Constitution.

Dated: September 29, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge